## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA JENKINS, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| PETER PAN BUS LINE, | : | No. 25-cv-6642 |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **5th** day of **February 2026**, upon review of Defendant's Motion for a More Definite Statement and to Transfer Venue (ECF No. 12), Plaintiff's Opposition (ECF No. 14), the Court's January 14, 2026 Order (ECF No. 15), the Parties' Status Report (ECF No. 17), and the docket, it is hereby **ORDERED** as follows:

1. The Motion to Transfer Venue (ECF No. 12) is **DENIED** for the reasons stated in the accompanying Memorandum Opinion.

2. The Parties' Request for Supplemental Briefing and Oral Argument, *see* ECF No. 17 at 4, is **DENIED** as **MOOT**.

3. Defendant withdrew the portion of the Motion (ECF No. 12) moving for a more definite statement. ECF No. 16 at 1. Accordingly, the Motion (ECF No. 12) is fully resolved.

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**